UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BACKUS,

    Plaintiff,

  v.

DELTA AIR LINES, INC., et al.,

    Defendants.

Case No. 15-cv-03137-MEJ

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Lavin v. American Airlines, Inc.,* 15-cv-03090-JCS.

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge