United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELE ANDRADE,

          Plaintiff,

    v.

AMERICAN AIRLINES GROUP, INC., et al.,

          Defendants.

Case No.  15-cv-03111-EDL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to <u>Lavin v. American Airlines, Inc.</u>, 15-cv-03090-JCS.

      **IT IS SO ORDERED.**

Dated: July 8, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge